COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Darla Lexington v. T. Gerald Treece, Individually, J. Cary Gray, as Successor Independent Administrator with Will Annexed of the Estate of John M. O'Quinn, deceased, John M. O'Quinn & Associates, PLLC, Gibbs & Bruns, LLP, Needmore River Ranch, LLC, Greg LaMantia and Joseph V. LaMantia, III, SCI Texas Funeral Services, Inc. d/b/a/ Geo. H Lewis & Sons Funeral Directors, John M. O'Quinn Foundation, and Robert C. Wilson, III

Appellate case number:   01-17-00228-CV

Trial court case number: 392,247-419

Trial court:             Probate Court No 2 of Harris County

On December 8, 2020, the Court issued an order abating the above-referenced appeal and remanding the case to the probate court for a hearing concerning the breadth of the probate court's sealing orders, as listed therein. The probate court held a hearing, and, on February 22, 2021, the district clerk filed a supplemental clerk's record, containing the probate court's order.

In its January 19, 2021 "Order Unsealing Court Records," the probate court ordered that:

all prior court orders sealing court records in Cause No. 392,247-419 are VACATED. All previously sealed court records in Cause No. 392,247-419 are hereby unsealed, and the Clerk of the Court shall immediately make all court records in Cause No. 392,247-419 publicly available. This Order shall not apply to any other case except Cause No. 392,247-419.

Appellant, Darla Lexington, has filed an Agreed Motion to Reinstate the Appeal, requesting that the Court reinstate the appeal on the Court's active docket, unseal the record and briefs previously filed, and proceed to a decision on the last amended briefs filed by each party. The motion contains a certificate of conference, stating that the parties are in agreement. *See* TEX. R. APP. P. 10.1(a)(5).

Accordingly, the Court **grants** appellant's motion and **reinstates** this case on the Court's active docket. We **vacate** our prior orders sealing the parties' briefs filed in the appeal, and **direct** the Clerk of the Court to unseal the record and briefs on file. The Court will consider the case on the amended briefs currently on file, as requested.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                      ☑ Acting individually    ☐ Acting for the Court
Date:   March 9, 2021